IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES B. PEMBERTON, II,

    Petitioner,

v.

KYLE WALKER, STATE OF WISCONSIN,
ADA JESSICA MILLER, and DA KENNETH
HAMM,

    Respondents.

ORDER

Case No. 23-cv-476-wmc

---

James B. Pemberton, II filed a document on July 14, 2023, that was originally docketed as a civil complaint in the case referenced above. The document is entitled "Petition for Review of Appeals Court Decision." Pemberton paid the $402 filing fee for a new civil case. On closer inspection, the document is not a civil complaint, but a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The filing fee for a habeas petition is only $5, so I will instruct the clerk of court to retain $5 and refund the remaining $397 to the petitioner.

ORDER

IT IS ORDERED that the clerk of court shall refund $397 to petitioner James B. Pemberton, II and retain $5 of his $402 payment to apply to the filing fee in this case.

Entered this 20th day of July, 2023.

BY THE COURT:

/s/
ANDREW WISEMAN
Magistrate Judge